# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 2:14-bk-55839 |
| | : | |
| Andriena Jackson | : | Chapter 7 |
| | : | |
| Debtor | : | Judge Charles M. Caldwell |
| | : | |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

PLEASE TAKE NOTICE that the mailing address for the Debtor in the above captioned case has changed as of the date of this filing. Debtor's former mailing address was: 5255 Heron Creek Blvd. Columbus, OH 43213

Please be advised that effective May 12, 2016 Debtor's new mailing address is:

2210 Baldwin Place Apt C Reynoldsburg, OH 43068

Date: May 12, 2016

                                                Respectfully Submitted,

                                                ___/s/ Joshua J. Brown_____
                                                *Attorney for Debtor Andriena Jackson*
                                                Josh Brown  (89836)
                                                The Law Office of Josh Brown, LLC.
                                                174 S. Third St.
                                                Suite 200
                                                Columbus, OH 43215
                                                josh@joshbrownesq.com
                                                P: (614) 284-4394
                                                F: (614) 388-3947

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the attached Notice of Change of Address was served upon the parties listed below this 12th of May electronically through the Court's ECF system.

                                                                         /s/ Josh Brown
                                                          *Attorney for Debtor Andriena Jackson*
                                                          Josh Brown (89836)

**Trustee**

**William B Logan**
50 West Broad Street Suite 1200
Columbus, OH 43215 614-221-7663

**U.S. Trustees Office**
**Asst US Trustee (Col)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215
614-469-7411
ustpregion09.cb.ecf@usdoj.gov